| United States Bankruptcy Court<br>Western District of North Carolina | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**White Oak Development Partners, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**a/k/a White Oak Partners** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN(if more than one, state all): **01-0799319** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>**2659 Sandy Plains Road**<br>**Tryon, NC**<br>ZIP CODE **28782** | Street Address of Joint Debtor (No. & Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Polk** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

| **Type of Debtor**<br>(Form of Organization)<br>(Check **one** box.) | **Nature of Business**<br>(Check **one** box) | **Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other | ☐ Chapter 7<br>☐ Chapter 9<br>☑ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13    ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |

| **Chapter 15 Debtors**<br>Country of debtor's center of main interests:<br>_____<br>Each country in which a foreign proceeding by, regarding, or against debtor is pending:<br>_____ | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."   ☑ Debts are primarily business debts. |
|---|---|---|

| **Filing Fee** (Check one box)<br>☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b) See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Chapter 11 Debtors**<br>Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).<br>**Check all applicable boxes**<br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
|---|---|

| **Statistical/Administrative Information**<br>☑ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | **THIS SPACE IS FOR COURT USE ONLY** |
|---|---|

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ |

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **White Oak Development Partners, LLC** |

| All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location<br>Where Filed:   **NONE** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual<br>whose debts are primarily consumer debts)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☑  Exhibit A is attached and made a part of this petition. | X  **Not Applicable** _____<br>Signature of Attorney for Debtor(s)          Date |

| Exhibit C |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br>☐  Yes, and Exhibit C is attached and made a part of this petition.<br>☑  No |

| Exhibit D |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>☐    Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>☐    Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| Information Regarding the Debtor - Venue |
|---|
| (Check any applicable box) |
| ☑    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐    There is a bankruptcy case concerning debtor's affiliate. general partner, or partnership pending in this District.<br><br>☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District. or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| Certification by a Debtor Who Resides as a Tenant of Residential Property |
|---|
| (Check all applicable boxes.) |
| ☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following).<br><br>_____<br>(Name of landlord that obtained judgment)<br><br>_____<br>(Address of landlord)<br><br>☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

| Voluntary Petition | Name of Debtor(s) |
|---|---|
| *(This page must be completed and filed in every case)* | **White Oak Development Partners, LLC** |

# Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br><br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br><br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only **one** box.)<br><br>☐ I request relief in accordance with chapter 15 of Title 11, United States Code. Certified Copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in the petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. |
| X **Not Applicable**<br>_____<br>Signature of Debtor<br><br>X **Not Applicable**<br>_____<br>Signature of Joint Debtor<br><br>_____<br>Telephone Number (If not represented by attorney)<br><br>_____<br>Date | X **Not Applicable**<br>_____<br>(Signature of Foreign Representative)<br><br>_____<br>(Printed Name of Foreign Representative)<br><br>_____<br>Date |
| **Signature of Attorney** | **Signature of Non-Attorney Petition Preparer** |
| X **s/ David G. Gray**<br>_____<br>Signature of Attorney for Debtor(s)<br><br>**David G. Gray  Bar No.  1733**<br>_____<br>Printed Name of Attorney for Debtor(s) / Bar No.<br><br>**David G. Gray**<br>_____<br>Firm Name<br><br>**81 Central Avenue Asheville, NC 28801**<br>_____<br>Address<br><br>**(828) 254-6315**       **(828) 255-0305**<br>_____<br>Telephone Number<br><br>**4/27/2012**<br>_____<br>Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>**Not Applicable**<br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br>_____<br>Address |
| **Signature of Debtor (Corporation/Partnership)** | X **Not Applicable** |
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X **s/ Eugene Kinsella**<br>_____<br>Signature of Authorized Individual<br><br>**Eugene Kinsella**<br>_____<br>Printed Name of Authorized Individual<br><br>**Member/Manager**<br>_____<br>Title of Authorized Individual<br><br>**4/27/2012**<br>_____<br>Date | _____<br>Date<br>Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

**UNITED STATES BANKRUPTCY COURT**
**Western District of North Carolina**

In re:   **White Oak Development Partners, LLC**                .          Case No.

                                                        **Debtor**          Chapter   **11**

# Exhibit "A" to Voluntary Petition

1.      If any of debtor's securities are registered under section 12 of the Securities and Exchange Act of 1934, the SEC file number is .

2.      The following financial data is the latest available information and refers to debtor's condition on .

a.      Total assets                                   $ _____ **1,017,939.08**

b.      Total debts (including debts listed in 2.c., below)   $ _____ **51,625,901.63**

                                                                Approximate
                                                                number of
                                                                holders

c.      Debt securities held by more than 500 holders.

        secured            unsecured            subordinated      _____      _____

d.      Number of shares of preferred stock             _____      _____

e.      Number of shares of common stock               _____      _____

        Comments, if any:

3.      Brief description of debtor's business:

        **Other**

4.      List the name of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:

        **Leonard Kinsella (50%)**
        **Gene Kinsella (25%)**
        **Austin McHale (25%)**

Exhibit A - Page 1

## United States Bankruptcy Court

## Western District of North Carolina

In re:                                                                      Case No. _____

                                                                            Chapter    **11**

**White Oak Development Partners, LLC**


# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Eugene Kinsella**, declare under penalty of perjury that I am the **Member/Manager** of **White Oak Development Partners, LLC,** a **North Carolina** Corporation and that on **4/16/2012** the following resolution was duly adopted by the **Members/Managers** of this Corporation:

"Whereas, it is in the best interest of this Corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Eugene Kinsella**, **Member/Manager** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the Corporation; and

Be It Further Resolved, that **Eugene Kinsella**, **Member/Manager** of this Corporation, is authorized and directed to appear in all bankruptcy proceedings on behalf of the Corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Corporation in connection with such bankruptcy case; and

Be It Further Resolved, that **Eugene Kinsella**, **Member/Manager** of this Corporation, is authorized and directed to employ **David G. Gray**, attorney and the law firm of **David G. Gray** to represent the Corporation in such bankruptcy case."


Executed on:  **4/27/2012**_____          Signed:    **s/ Eugene Kinsella**_____
                                                                            **Eugene Kinsella**

B4 (Official Form 4) (12/07)

## United States Bankruptcy Court
### Western District of North Carolina

In re **White Oak Development Partners, LLC** _____,    Case No. _____

Debtor

Chapter    **11** _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Don & Priscilla Neault<br>10070 Lees Mill Road<br>Warrenton, VA 20186-8420 | | | CONTINGENT<br>DISPUTED | $448,000.00 |
| Chuck & Bonnie Lingerfelt<br>4265 Collinsville Rd.<br>Columbus, NC 28722 | | | CONTINGENT<br>DISPUTED | $385,000.00 |
| Brian & Laura Monti<br>44 Northington Dr.<br>Avon, CT 06001 | | | CONTINGENT<br>DISPUTED | $380,000.00 |
| Kenneth C. Feagin<br>2746 Jackson Grove Rd.<br>Columbus, NC 28722 | | | DISPUTED | $361,000.00 |
| Steven & Heather Abshier<br>2501 Beachwood Road<br>Amelia Island, FL 32024 | | | CONTINGENT | $350,000.00 |
| Phil & Sheila Bradner<br>513 Greystone Lane<br>Chesapeake, VA 23320 | | | CONTINGENT<br>DISPUTED | $325,000.00 |

B4 (Official Form 4) (12/07)4 -Cont.

In re  **White Oak Development Partners, LLC**_____,   Case No. _____

Debtor

Chapter   **11** _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | (5)<br><br>*Amount of claim [if secured also state value of security]* |
|---|---|---|---|---|
| **Polk County**<br>**P. O. Box 308**<br>**Columbus, NC 28722** | | | **CONTINGENT**<br>**UNLIQUIDATED** | **$130,000.00** |
| **Modern Turf, Inc.**<br>**PO Box 99**<br>**Rembert, SC 29128** | | | **DISPUTED** | **$68.827.82** |
| **Bank of America**<br>**PO Box 60073**<br>**City of Ind., CA 91716** | | | **CONTINGENT** | **$57,826.47** |
| **Dolmen Construction**<br>**1195 NE 5th Avenue**<br>**Boca Raton, FL 33432** | | | | **$54,000.00** |
| **Internal Revenue Service**<br>**PO Box 21126**<br>**Philadelphia PA 19114** | | | **CONTINGENT**<br>**UNLIQUIDATED**<br>**DISPUTED** | **$50,000.00** |
| **Parker Poe, Attorneys**<br>**Suite 3000**<br>**Three Wachovia Center**<br>**401 S. Tryon Street**<br>**Charlotte, NC 28202-1935** | | | **DISPUTED** | **$40,909.63** |

B4 (Official Form 4) (12/07)4 -Cont.

In re  **White Oak Development Partners, LLC**                                    ,   Case No. _____

_____
Debtor

Chapter   __11__

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | (5)<br><br>*Amount of claim [if secured also state value of security]* |
|---|---|---|---|---|
| **North Carolina Dept. of Bankruptcy Unit - Collec PO Box 1168 Raleigh NC 27602** | | | **CONTINGENT UNLIQUIDATED DISPUTED** | **$40,642.58** |
| **Carolina Modular 110 Woodranch Lane Moore, SC 29369** | | | **CONTINGENT DISPUTED** | **$35,000.00** |
| **Fintan Kinsella 454 Meadowcrest Rd. Tryon, NC 28782** | | | | **$33,600.00** |
| **TCF Equipment Finance, Inc. Suite 801 11100 Wayzata Blvd. Minnetonka, MN 55305** | | | **CONTINGENT UNLIQUIDATED DISPUTED** | **$32,000.00** |
| **Carolina Modular 110 Woodranch Lane Moore, SC 29369** | | | | **$28,000.00** |
| **Marvin Hoyle Construction, Inc. 236 Churchview Dr. Lawndale, NC 28090** | | | **CONTINGENT** | **$27,101.25** |

B4 (Official Form 4) (12/07)4 -Cont.

In re  **White Oak Development Partners, LLC** _____ ,  Case No. _____

Debtor                                          Chapter  **11** _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | (5)<br><br>*Amount of claim [if secured also state value of security]* |
|---|---|---|---|---|
| **Feagan Law Firm, PLLC**<br>**PO Box 309**<br>**Columbus, NC 28722** | | | | **$16,703.06** |
| **Nexsen Pruett**<br>**Accounting Dept.**<br>**PO Box 2426**<br>**Columbia, SC 29202** | | | | **$16.511.88** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, Eugene Kinsella, Member/Manager of the Corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **4/27/2012** _____        Signature:    **s/ Eugene Kinsella** _____

**Eugene Kinsella ,Member/Manager** _____
(Print Name and Title)

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

## United States Bankruptcy Court
## Western District of North Carolina

In re:   **White Oak Development Partners, LLC**                                    Case No.

# List of Equity Security Holders

| REGISTERED NAME OF HOLDER OF SECURITY LAST KNOWN ADDRESS OR PLACE OF BUSINESS | CLASS OF SECURITY | NUMBER REGISTERED | KIND OF INTEREST REGISTERED |
|---|---|---|---|
| **Austin McHale**<br>**Unit H2**<br>**Merrywell Business Park**<br>**Ballymount RDDublin 12**<br>**Ireland** | | | **25% owner** |
| **Eugene Kinsella**<br>**2221 5th Ave., Ste. 13**<br>**Ronkonkoma, NY 11779** | | | **25% owner** |
| **Leonard Kinsella**<br>**c/o Rannoch**<br>**Bettystown County Meath**<br>**Republic of Ireland** | | | **50% owner** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, **Eugene Kinsella**, **Member/Manager** of the Corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date:   <u>4/27/2012</u>                          s/ Eugene Kinsella
_____

**Eugene Kinsella, Member/Manager, White Oak**
**Development Partners, LLC** Debtor

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

**B6A (Official Form 6A) (12/07)**

In re: **White Oak Development Partners, LLC** _____ .   Case No. _____

                             Debtor                                                                           (If known)

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **NONE** | | | | |

                            **Total**    ➢  **0.00**

                                   (Report also on Summary of Schedules.)

B6B (Official Form 6B) (12/07)

In re  **White Oak Development Partners, LLC** _____,   Case No. _____
_____
                         Debtor                                                         (If known)

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re   **White Oak Development Partners, LLC**                              ,   Case No. _____
_____         (If known)
Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1985 Auto Dump Truck (not roadworthy)** | | **3,000.00** |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | **1999 Ford F350 - scrapped/no value** | | **0.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment and supplies used in business. | | **30x30 Patio Tent** | | **1,500.00** |
| Machinery, fixtures, equipment and supplies used in business. | | **35 hp tractor** | | **3,500.00** |
| Machinery, fixtures, equipment and supplies used in business. | | **CAT 320CL Excavator (currently whereabouts unknown)** | | **Amt. unknown** |
| Machinery, fixtures, equipment and supplies used in business. | | **CAT Esco Cleaning Bucket (current whereabouts unknown)** | | **Amt. unknown** |
| Machinery, fixtures, equipment and supplies used in business. | | **Chain Saw(s) - scrap** | | **0.00** |
| Machinery, fixtures, equipment and supplies used in business. | | **Gas Generator** | | **274.45** |
| Machinery, fixtures, equipment and supplies used in business. | | **Gas Welder (current whereabouts unknown)** | | **Amt. unknown** |
| Machinery, fixtures, equipment and supplies used in business. | | **Golf Course Containers** | | **500.00** |
| Machinery, fixtures, equipment and supplies used in business. | | **Grader Champion - scrapped** | | **0.00** |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **White Oak Development Partners, LLC**                          ,          Case No. _____
                    **Debtor**                                                              (If known)

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 29. Machinery, fixtures, equipment and supplies used in business. | | **Hitachi EX120-2 Excavator (damaged/scrapped)** | | **Amt. unknown** |
| Machinery, fixtures, equipment and supplies used in business. | | **John Deere 310 Backhoe** | | **1,500.00** |
| Machinery, fixtures, equipment and supplies used in business. | | **Kobota DE74265 (reported stolen in 2010)** | | **Amt. unknown** |
| Machinery, fixtures, equipment and supplies used in business. | | **Manure spreader** | | **750.00** |
| Machinery, fixtures, equipment and supplies used in business. | | **Mini Digger** | | **4,000.00** |
| Machinery, fixtures, equipment and supplies used in business. | | **Mitsubishi 020 Dozer - scrapped** | | **Amt. unknown** |
| Machinery, fixtures, equipment and supplies used in business. | | **New Holland LS 185B** | | **5,000.00** |
| Machinery, fixtures, equipment and supplies used in business. | | **Plotter (current whereabouts unknown)** | | **Amt.unknown** |
| Machinery, fixtures, equipment and supplies used in business. | | **Roller (current whereabouts unknown)** | | **Amt. unknown** |
| Machinery, fixtures, equipment and supplies used in business. | | **Rotary Tiller (current whereabouts unknown)** | | **Amt. unknown** |
| Machinery, fixtures, equipment and supplies used in business. | | **Skidsteer Loader 1750lb** | | **4,000.00** |
| Machinery, fixtures, equipment and supplies used in business. | | **Strawblower** | | **3,500.00** |
| Machinery, fixtures, equipment and supplies used in business. | | **Tent** | | **Amt. unknown** |
| Machinery, fixtures, equipment and supplies used in business. | | **Titan Generator** | | **500.00** |
| Machinery, fixtures, equipment and supplies used in business. | | **Toro DETHP17KA483** | | **2,500.00** |
| Machinery, fixtures, equipment and supplies used in business. | | **Vineyard Sprayer** | | **2,000.00** |
| Machinery, fixtures, equipment and supplies used in business. | | **Water Tanks** | | **500.00** |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **Excess proceeds - foreclosure of real property** | | **984,914.63** |

B6B (Official Form 6B) (12/07) -- Cont.

In re   **White Oak Development Partners, LLC** _____ ,        Case No. _____
                    **Debtor**                                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | <u>3</u>  continuation sheets attached        Total ➤ | | **$1,017,939.08** |

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

B6D (Official Form 6D) (12/07)

In re  **White Oak Development Partners, LLC**                              .          Case No. _____

_____                                                                    **(If known)**
**Debtor**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐     Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** | | | deed of trust lien **Excess proceeds - foreclosure of real property** _____ **VALUE $984,914.63** | | | | 17,000,000.00 | 16,015,085.37 |
| **Austin McHale Unit H2 Merrywell Business Park Ballymount RD Dublin 12 Ireland** **Eugene Kinsella 2221 5th Ave., Ste. 13 Ronkonkoma, NY 11779** **Leonard Kinsella c/o Rannoch Bettystown County Meath Republic of Ireland** | | | | | | | | |
| **ACCOUNT NO.** | | | UCC filing: **All of debtor's present and future goods, including equipment and inventory, financed or leased by Secured Party, together with (1) all attachments, accessories, components, repairs and improvements, (2) all accounts, general intangibles, contract rights and chattel paper relating thereto, and (3) all proceeds, including, without limitation, insurance, sale, lease and rental proceeds, and proceeds of proceeds.** **VALUE: Amt. unk.** | X | X | | Amt. unk. | 0.00 |
| **Deere Credit, Inc. 6400 NW 86th Street Johnston, IA 50131** | | | | | | | | |

<u>0</u>      continuation sheets
attached

Subtotal  ➤
(Total of this page)

Total  ➤
(Use only on last page)

| | |
|---|---|
| $ 17,000,000.00 | $16,015,085.37 |
| $ 17,000,000.00 | $ 6,015,085.37 |

(Report also on Summary of Schedules)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (4/10)

In re   **White Oak Development Partners, LLC**                     Case No. _____
                                Debtor                                              (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☑  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

❑   **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

❑   **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

❑   **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

❑   **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

❑   **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

❑   **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

❑   **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

❑   **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

❑   **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

<u>1</u>  **continuation sheets attached**

**B6E (Official Form 6E) (4/10) – Cont.**

In re   **White Oak Development Partners, LLC**                              ,   Case No. _____

                              Debtor                                                                    (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | | $0.00 |

Sheet no. 1 of 1 continuation sheets attached to Schedule of
Creditors Holding Priority Claims

| | | | |
|---|---|---|---|
| Subtotals ➤ (Totals of this page) | $ 0.00 | $ 0.00 | $ 0.00 |
| Total ➤ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ 0.00 | | |
| Total ➤ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. ) | | $ 0.00 | $ 0.00 |

B6F (Official Form 6F) (12/07)

In re  **White Oak Development Partners, LLC**
_____
Debtor

Case No. _____
(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>All Seasons Heating & A/C<br>PO Box 1030<br>Columbus NC 28722 | | | | | | | 130.00 |
| ACCOUNT NO.<br><br>Alltel<br>PO Box 96019<br>Charlotte, NC 28296-0019 | | | | | | | 204.27 |
| ACCOUNT NO.<br><br>American Dry Goods<br>PO Box 790051<br>St. Louis, MO 63179-0051 | | | | | | | 510.48 |
| ACCOUNT NO.<br><br>Ameri-Con Materials, Inc.<br>5875 Coxe Road<br>Rutherfordton, NC 28139 | | | | | | | 2,347.41 |
| ACCOUNT NO.<br><br>Austin McHale<br>Unit H2<br>Merrywell Business Park<br>Ballymount RDDublin 12<br>Ireland | | | | | | | 13,952,214.29 |

<u>15</u>   Continuation sheets attached

Subtotal ➤ $  **13,955,406.45**

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) - Cont.**

In re  **White Oak Development Partners, LLC**                              Case No. _____
                                        Debtor                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Bank of America**<br>**PO Box 60073**<br>**City of Ind., CA 91716** | | | | X | | | **57,826.47** |
| ACCOUNT NO.<br><br>**Brian & Laura Monti**<br>**44 Northington Dr.**<br>**Avon, CT 06001** | | | | X | | X | **380,000.00** |
| ACCOUNT NO.<br><br>**Carolina Modular**<br>**110 Woodranch Lane**<br>**Moore, SC 29369** | | | **lease/purchase - balance** | X | | X | **35,000.00** |
| ACCOUNT NO.<br><br>**Carolina Modular**<br>**110 Woodranch Lane**<br>**Moore, SC 29369** | | | | | | | **28,000.00** |
| ACCOUNT NO.<br><br>**Carolina Trailer**<br>**PO Box 581**<br>**Landrum, SC 29356** | | | | | | | **3,246.39** |

<u>15</u>   Continuation sheets attached

Sheet no. <u>1</u> of <u>15</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $           **504,072.86**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **White Oak Development Partners, LLC**                    Case No. _____
                              Debtor                                                (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Carolina Turf Products**<br>**5310 Fitzhugh Trail**<br>**Summerfield, NC 27358** | | | | | | | 248.86 |
| ACCOUNT NO.<br><br>**Chuck & Bonnie Lingerfelt**<br>**4265 Collinsville Rd.**<br>**Columbus, NC 28722** | | | | X | | X | 385,000.00 |
| ACCOUNT NO.<br><br>**Classic Event Rental-**<br>**American Party**<br>**537 Mazel Mill Rd. #A**<br>**Asheville, NC 28803** | | | | | | | 240.00 |
| ACCOUNT NO.<br><br>**Clear Water Environmental**<br>**718 Oakland Street**<br>**Hendersonville, NC 28791** | | | | | | | 12,050.65 |
| ACCOUNT NO.<br><br>**Columbus Auto-CarQuest**<br>**PO Box 208**<br>**Columbus, NC 28722** | | | | | | | 1,004.18 |

<u>15</u>   Continuation sheets attached

Sheet no. _2_ of _15_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤ $              398,543.69

Total  ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **White Oak Development Partners, LLC**                                    Case No. _____
          ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
                    Debtor                                                                          (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Columbus Hardware & Supply**<br>**PO Box 325**<br>**Columbus, NC 28722** | | | | | | | **370.67** |
| ACCOUNT NO.<br><br>**Corbin Turf & Ornamental Supply**<br>**1105 Old Buncombe Rd.**<br>**Greenville, SC 29617** | | | | | | | **1,973.94** |
| ACCOUNT NO.<br><br>**Crop Production Services**<br>**PO Box 228**<br>**Dana, NC 28724** | | | | | | | **7,120.22** |
| ACCOUNT NO.<br><br>**Deere Credit, Inc.**<br>**6400 NW 86th Street**<br>**Johnston, IA 50131** | | | | X | X | | **Amt. unk.** |
| ACCOUNT NO.<br><br>**Dolmen Construction**<br>**1195 NE 5th Avenue**<br>**Boca Raton, FL 33432** | | | | | | | **54,000.00** |

        <u>15</u>   Continuation sheets attached

Sheet no. <u>3</u> of <u>15</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | **63,464.83**

Total ➤ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **White Oak Development Partners, LLC**                              Case No. _____
                                     Debtor                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Don & Priscilla Neault**<br>**10070 Lees Mill Road**<br>**Warrenton, VA 20186-8420** | | | | X | | X | 448,000.00 |
| ACCOUNT NO.<br><br>**Eugene Kinsella**<br>**2221 5th Ave., Ste. 13**<br>**Ronkonkoma, NY 11779** | | | | | | | 4,469,444.77 |
| ACCOUNT NO.<br><br>**E-Z-GO**<br>**Attn: Patricia Allen**<br>**1451 Griffin Rd.**<br>**Augusta, GA 30906** | | | | | | | 2,150.00 |
| ACCOUNT NO.<br><br>**Feagan Law Firm, PLLC**<br>**PO Box 309**<br>**Columbus, NC 28722** | | | | | | | 16,703.06 |
| ACCOUNT NO.<br><br>**Fintan Kinsella**<br>**454 Meadowcrest Rd.**<br>**Tryon, NC 28782** | | | | | | | 33,600.00 |

_15_   Continuation sheets attached

Sheet no. _4_ of _15_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $        4,969,897.83

Total ➤ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) - Cont.**

In re   <u>White Oak Development Partners, LLC</u>                     Case No. _____
                                    Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 4,630.00 |
| **Focus 3**<br>**Suite 200**<br>**201 Shannon Oaks Circle**<br>**Cary, NC 27511** | | | | | | | |
| ACCOUNT NO. | | | | | | | 100.00 |
| **Foothills Mountain BBQ**<br>**72 Harmon Field Road**<br>**Tryon, NC 28782** | | | | | | | |
| ACCOUNT NO. | | | | | | | 192.48 |
| **GDS - Forest City**<br>**PO Box 9001099**<br>**Louisville, KY 40290** | | | | | | | |
| ACCOUNT NO. | | | | | | | 6,000.00 |
| **Golf Agronomics**<br>**2165 17th Street**<br>**Sarasota, FL 32434** | | | | | | | |
| ACCOUNT NO. | | | | | | | 1,095.00 |
| **Green Creek Hounds**<br>**1795 Sandy Plains Rd.**<br>**Tryon, NC 28782** | | | | | | | |

<u>15</u>   Continuation sheets attached

Sheet no. <u>5</u> of <u>15</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➢  $                    **12,017.48**

Total  ➢  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **White Oak Development Partners, LLC** _____         Case No. _____
                                    Debtor                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 8,800.00 |
| **Group 1201**<br>**Suite 1000**<br>**1801 Parkway Place**<br>**Marietta, GA 30068** | | | | | | | |
| ACCOUNT NO. | | | | X | X | X | Amt. unknown |
| **Harcourt Architects**<br>**No. 1 Harcourt Terrace**<br>**Dublin 2, Ireland** | | | | | | | |
| ACCOUNT NO. | | | | X | X | X | Amt. unknown |
| **Harrington Golf Ltd.**<br>**c/oEst-Oest 24 Boulivard**<br>**Princesse Charlotte**<br>**Management Company 9800**<br>**Monaco** | | | | | | | |
| ACCOUNT NO. | | | | | | | 180.00 |
| **Hutchins Pest Control**<br>**2727 Rock Road**<br>**Rutherford, NC 28139** | | | | | | | |
| ACCOUNT NO. | | | | | | | 1,658.43 |
| **Imaging Technologies**<br>**PO Box 13426**<br>**Atlanta, GA 30324** | | | | | | | |

_15_  Continuation sheets attached

Sheet no. _6_ of _15_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $                    **10,638.43**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **White Oak Development Partners, LLC**_____      Case No. _____
   Debtor                                                           (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | X | X | X | 50,000.00 |
| **Internal Revenue Service** PO Box 21126 Philadelphia PA 19114<br><br>**I.R.S. Insolvency East** Terr. 2, Grp. 7 Insol. Mail Stop 9 4905 Koger Blvd. #102 Greensboro, NC 27407 | | | | | | | |
| ACCOUNT NO. | | | | | | | 397.70 |
| **ITT Flowtronex** PO Box 371630 Pittsburgh, PA 15250 | | | | | | | |
| ACCOUNT NO. | | | | X | | | 12,166.70 |
| **James & James Ev. Mgt., Inc.** PO Box 519 Mtn. Home, NC 28758 | | | | | | | |
| ACCOUNT NO. | | | | X | X | X | 10,000.00 |
| **John Deere Credit** Attn: Acct Dept-ALP Proc PO Box 6600 Johnston, IA 50131 | | | | | | | |

_15_  Continuation sheets attached

Sheet no. _7_ of _15_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  >  $   **72,564.40**

Total  >  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    **White Oak Development Partners, LLC**                    Case No. _____
                                Debtor                                          (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**John Deere Landscapes/Lesco**<br>**24110 Network Place**<br>**Chicago, IL 60673-1241**<br><br><br>**Wm. J. Allen, Atty.**<br>**Ste. 205**<br>**2435 Plantation Ctr. Dr.**<br>**Matthews, NC 28105** | | | | X | X | X | **3,507.35** |
| ACCOUNT NO.<br><br>**Justin White**<br>**2370 Chesnee Rd.**<br>**Columbus, NC 28722** | | | | | | | **300.00** |
| ACCOUNT NO.<br><br>**Kenneth C. Feagin**<br>**2746 Jackson Grove Rd.**<br>**Columbus, NC 28722**<br><br><br>**John Hovendon, Atty.**<br>**455 South Trade St.**<br>**Tryon, NC 28782** | | | | | | X | **361,000.00** |
| ACCOUNT NO.<br><br>**Kinsella Construction, LLC**<br>**2659 Sandy Plains Rd.**<br>**Tryon, NC 28782** | | | | | | | **2,892,822.28** |

_15_  Continuation sheets attached

Sheet no. _8_ of _15_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ **3,257,629.63**

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **White Oak Development Partners, LLC**                      Case No. _____
                                    Debtor                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Landmark Golf Course Products**<br>**W184 S 8425 Challenger**<br>**Muskego, WI 53150** | | | | | | | 8,416.32 |
| ACCOUNT NO.<br><br>**Leonard Kinsella**<br>**c/o Rannoch**<br>**Bettystown County Meath**<br>**Republic of Ireland** | | | | | | | 10,271,939.78 |
| ACCOUNT NO.<br><br>**Mark Woodbridge**<br>**1894 Fox Mtn. Rd.**<br>**Columbus, NC 28722** | | | | | | | 12,067.00 |
| ACCOUNT NO.<br><br>**MARKIT, LLC**<br>**236 Churchview Dr.**<br>**Lawndale, NC 28090** | | | | | | | 1,930.50 |
| ACCOUNT NO.<br><br>**Marvin Hoyle Construction, Inc.**<br>**236 Churchview Dr.**<br>**Lawndale, NC 28090** | | | | X | | | 27,101.25 |

_15_  Continuation sheets attached

Sheet no. _9_ of _15_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $        **10,321,454.85**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) - Cont.**

In re  **White Oak Development Partners, LLC**                      Case No. _____
                         Debtor                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 1,377.07 |
| McRitchie Associates, LLC PO Box 783 Elkin, NC 28621 | | | | | | | |
| ACCOUNT NO. | | | | | | X | 68,827.82 |
| Modern Turf, Inc. PO Box 99 Rembert, SC 29128 | | | | | | | |
| ACCOUNT NO. | | | | | | | 16,511.88 |
| Nexsen Pruett Accounting Dept. PO Box 2426 Columbia, SC 29202 | | | | | | | |
| ACCOUNT NO. | | | | X | X | X | 40,642.58 |
| North Carolina Dept. of Bankruptcy Unit - Collec PO Box 1168 Raleigh NC 27602 | | | | | | | |
| ACCOUNT NO. | | | | | | | 8,992.14 |
| Odom & Associates, Inc. 152 East Main Street Forest City, NC 28043 | | | | | | | |

_15_  Continuation sheets attached

Sheet no. _10_ of _15_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  ➤  $ 136,351.49

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **White Oak Development Partners, LLC** _____        Case No. _____
_____
Debtor                                                     (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | X | 40,909.63 |
| **Parker Poe, Attorneys Suite 3000 Three Wachovia Center 401 S. Tryon Street Charlotte, NC 28202-1935** | | | | | | | |
| ACCOUNT NO. | | | | | | | 331.10 |
| **Patrick Kinsella 1195 NE 5th Ave Boca Raton, FL 33432** | | | | | | | |
| ACCOUNT NO. | | | | X | | X | 325,000.00 |
| **Phil & Sheila Bradner 513 Greystone Lane Chesapeake, VA 23320** | | | | | | | |
| ACCOUNT NO. | | | | X | X | | 130,000.00 |
| **Polk County P. O. Box 308 Columbus, NC 28722** **Mike Eagan, Atty. 318 N. Whitted St. Hendersonville, NC 28739** | | | | | | | |

_15_   Continuation sheets attached

Sheet no. _11_ of _15_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $              496,240.73

Total  ➤  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **White Oak Development Partners, LLC**                              Case No. _____
                                                                                    **(If known)**
_____
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | **11,000.00** |
| **Professional Printers - Triad Enterprises, Inc. PO Box 5287 West Columbia, SC 29171** **Robert L. Brown, Atty. PO Box 100261 Columbia, SC 29202-3261** | | | | | | | |
| ACCOUNT NO. | | | | | | X | **4,416.94** |
| **Quality Stone PO Box 2536 Marion, NC 28752** | | | | | | | |
| ACCOUNT NO. | | | | | | | **735.00** |
| **SkyRunner, Inc. 6 Ravenscroft Dr. Asheville, NC 28801** | | | | | | | |
| ACCOUNT NO. | | | | X | | | **350,000.00** |
| **Steven & Heather Abshier 2501 Beachwood Road Amelia Island, FL 32024** **Travis Greene, Atty. 104 N. Dan. Morgan Ave. Spartanburg, SC 29306** | | | | | | | |

_15_  Continuation sheets attached

Sheet no. _12_ of _15_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ | **366,151.94**

Total ➤ $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

**B6F (Official Form 6F) (12/07) - Cont.**

In re  **White Oak Development Partners, LLC** _____     Case No. _____
                                                    Debtor                                                                (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 1,500.00 |
| **Streamwerx Digital Studio ClearHeart Entertainment Suite B # 225 8116 S. Tryon Street Charlotte, NC 28273** | | | | | | | |
| ACCOUNT NO. | | | | | | | 470.00 |
| **Taylor Christianson 640 Meadow Crest Rd. Tryon, NC 28782** | | | | | | | |
| ACCOUNT NO. | | | | X | X | X | 32,000.00 |
| **TCF Equipment Finance, Inc. Suite 801 11100 Wayzata Blvd. Minnetonka, MN 55305** | | | | | | | |
| ACCOUNT NO. | | | | | | | 15,115.44 |
| **The Club at White Oak 2659 Sandy Plains Road Tryon, NC 28782** | | | | | | | |
| ACCOUNT NO. | | | | X | | | 9,177.00 |
| **The Real Estate Home Guide 4279 Appleton Way Wilmington, NC 28412** | | | | | | | |

_15_  Continuation sheets attached

Sheet no. _13_ of _15_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $  **58,262.44**

Total  ➤  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   White Oak Development Partners, LLC _____          Case No. _____
                                   Debtor                                                          (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**Triple A Sanitation**<br>**PO Box 219**<br>**Mill Spring, NC 28756** | | | | | | | **1,240.33** |
| ACCOUNT NO. <br><br>**Wellington Hamrick**<br>**PO Box 755**<br>**Boil. Springs, NC 28017** | | | | | | | **48.72** |
| ACCOUNT NO. <br><br>**Windstream (7774) Sales Office-**<br>**WOPR**<br>**PO Box 105521**<br>**Atlanta, GA 30348** | | | | | | | **345.19** |
| ACCOUNT NO. <br><br>**Windstream (8777) Construction Trailer**<br>**PO Box 9001908**<br>**Louisville, KY 40290** | | | | | | | **612.07** |
| ACCOUNT NO. <br><br>**Windstream (Meadowcrest)**<br>**PO Box 9001908**<br>**Louisville, KY 40290** | | | | | | | **179.96** |

15   Continuation sheets attached

Sheet no. 14 of 15 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $              **2,426.27**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   White Oak Development Partners, LLC                    Case No. _____
                        Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 778.31 |
| **Windstream/WOP 863-2748 PO Box 9001908 Louisville, KY 40290** | | | | | | | |

15   Continuation sheets attached

Sheet no. 15 of 15 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $                 778.31

Total  ➤  $        34,625,901.63

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

**B6G (Official Form 6G) (12/07)**

In re:   **White Oak Development Partners, LLC**                          ,          Case No. _____
                                     **Debtor**                                                                 **(If known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|  |  |

B6H (Official Form 6H) (12/07)

In re: **White Oak Development Partners, LLC**                                    Case No. _____
                                  _____
                                      **Debtor**                                                         **(If known)**

# SCHEDULE H - CODEBTORS

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

## UNITED STATES BANKRUPTCY COURT
### Western District of North Carolina

In re:   **White Oak Development Partners, LLC**                    Case No. _____

Chapter   **11**

# BUSINESS INCOME AND EXPENSES

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS (NOTE: ONLY INCLUDE information directly related to the business operation.)

PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:

    1. Gross Income For 12 Months Prior to Filing:                    $ _____ **0.00**

PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:

    2. Gross Monthly Income:                                                  $ _____ **0.00**

PART C - ESTIMATED FUTURE MONTHLY EXPENSES:

    3. Net Employee Payroll (Other Than Debtor)              $ _____ **0.00**
    4. Payroll Taxes                                                         **0.00**
    5. Unemployment Taxes                                              **0.00**
    6. Worker's Compensation                                           **0.00**
    7. Other Taxes                                                         **0.00**
    8. Inventory Purchases (Including raw  materials)         **0.00**
    9. Purchase of Feed/Fertilizer/Seed/Spray                   **0.00**
    10. Rent (Other than debtor's principal residence)         **0.00**
    11. Utilities                                                            **0.00**
    12. Office Expenses and Supplies                                 **0.00**
    13. Repairs and Maintenance                                    **10,000.00**
    14. Vehicle Expenses                                               **400.00**
    15. Travel and Entertainment                                     **0.00**
    16. Equipment Rental and Leases                               **0.00**
    17. Legal/Accounting/Other Professional Fees            **3,000.00**
    18. Insurance                                                          **0.00**
    19. Employee Benefits (e.g., pension, medical, etc.)     **0.00**
    20. Payments to Be Made Directly By Debtor to Secured Creditors For
         Pre-Petition Business Debts (Specify):

         **None**                                                    _____

    21. Other (Specify):

         **county water agreement**                          **3,000.00**

    22. Total Monthly Expenses (Add items 3 - 21)              $ _____ **16,400.00**

PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:

    23. AVERAGE NET MONTHLY INCOME (Subtract Item 22 from Item 2)     $ _____ **(16,400.00)**

B6 Summary (Official Form 6 - Summary) (12/07)

### United States Bankruptcy Court

### Western District of North Carolina

In re  **White Oak Development Partners, LLC**                              ,        Case No. _____

                                                    Debtor                    Chapter   __11_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $          0.00 | | |
| B - Personal Property | YES | 4 | $    1.017.939.08 | | |
| C - Property Claimed as Exempt | NO | | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | $    17.000.000.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 2 | | $          0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 16 | | $    34.625.901.63 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | $ |
| J - Current Expenditures of Individual Debtor(s) | NO | 0 | | | $ |
| TOTAL | | 26 | $    1,017,939.08 | $    51,625,901.63 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Western District of North Carolina

In re  **White Oak Development Partners, LLC**                    ,        Case No. _____

                                    Debtor                                Chapter    **11**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

This information is for statistical purposes only under 28 U.S.C. § 159.

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $   **0.00** |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $   **0.00** |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $   **0.00** |
| Student Loan Obligations (from Schedule F) | $   **0.00** |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E. | $   **0.00** |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $   **0.00** |
| TOTAL | $   **0.00** |

State the following:

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $   **0.00** |
| Average Expenses (from Schedule J, Line 18) | $   **0.00** |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $   **0.00** |

State the following:

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $   **16,015,085.37** |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $   **0.00** | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $   **0.00** |
| 4. Total from Schedule F | | $   **34,625,901.63** |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $   **50,640,987.00** |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re  White Oak Development Partners, LLC                                      Case No. _____
                                    Debtor                                                              (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I **Eugene Kinsella**, the **Member/Manager** of the **Corporation** named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of    **28**_____ sheets *(Total shown on summary page plus 1)*, and that they are true and correct to the best of my knowledge, information, and belief.

Date    **4/27/2012**_____          Signature:    **s/ Eugene Kinsella**_____

                                                         **Eugene Kinsella Member/Manager**
                                                         [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

---

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.*

B7 (Official Form 7) (4/10)

**UNITED STATES BANKRUPTCY COURT**
**Western District of North Carolina**

In re:  **White Oak Development Partners, LLC**                                    ,          Case No. _____
                                           Debtor                                                                                    (If known)

# STATEMENT OF FINANCIAL AFFAIRS

## 1.  Income from employment or operation of business

None
☐        State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|
| -0- | **Business operation** | **2010** |
| -0- | **Business operation** | **2011** |

## 2.  Income other than from employment or operation of business

None
☑        State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|

## 3.  Payments to creditors

*Complete a. or b., as appropriate, and c.*

None
☑        a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ☑    b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

*\*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

None ☑    c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

## 4.  Suits and administrative proceedings, executions, garnishments and attachments

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATIO | STATUS OR DISPOSITION |
|---|---|---|---|
| **Pavestone Company, L.P. v. White Oak Development Partners, LLC** | **monies owed; settled; paid $11,100.00 on 4/28/2011** | | **settled** |
| **Leonard P. Kinsella, Eugene A. Kinsella and Austin McHale v. Michael W. Savidge and White Oak Development Partners, LLC** | **ownership dispute; settled** | | **resolved** |
| **William Scottsman Trailers (Construction) v. White Oak** | **monies owed**<br><br>**Paid prior to November, 2010** | | **paid** |
| **Greer & Walker, LLP v. White Oak Plantation Realty, LLC, White Oak Development Partners, LLC, The Club at White Oak, LLC, and Sandy Plains, LLC** | **monies owed; settled; paid $8,800.00 on 1/16/2011** | | **settled** |
| **Triad Enterprises, Inc. d/b/a Professional Printers v. White Oak Development Partners, LLC** | **South Carolina judgment by default; settlement amount of $11,000.00 agreed upon but not paid** | | **settled** |
| **White Oak Development Partners, LLC v. Clearwater Construction International, LLC** <br> **09 CvS 115** | **civil action** | **Polk Co. Superior Ct.** | **resolved** |
| **Polk County, a political subdivision of the State of North Carolina v. White Oak Development Partners, LLC, a North Carolina limited liability corporation** <br> **10 CvS 229** | **waterline cost** | **Polk Co. Sup. Ct.** | **judgment** |
| **John Deere Landscapes, Inc. v. White Oak Development Partners, LLC** <br> **11 CvD 138** | **breach of contract** | **Polk Co. Dist. Ct.** | **pending** |
| **Stephen Abshier and wife, Heather Abshier v. White Oak Development Partners, LLC** <br> **10 CvS 24** | **breach of contract** | **Polk Co. Sup. Ct.** | **pending** |
| **Auto-Owners Insurance Company v. White Oak Development Partners, LLC** <br> **11 CvD 245** | **premiums/workmens comp**<br><br>**(Wake County File No. 10 CvD 16649; transferred to Polk County)** | **Polk Co. Dist. Ct.** | **pending** |

| | | | 4 |
|---|---|---|---|
| **Kenneth C. Feagin v. Arlene Daley, Substitute Trustee, Carolina First Bank, A Sourth Carolina Corporation, and White Oak Development Partners, LLC, a North Carolina Limited Liability Company 10 CvS 174** | breach of contract | **Polk Co. Superior Court** | pending |
| **Course Doctors, Inc. v. White Oak Development Partners, LLC v. Clearwater Construction International, LLC** | monies owed<br><br>**settled with Course Doctors prior to November, 2010**<br><br>**settled with Clearwater; paid $50,000.00** | | settled |

None ☐ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Polk Co. Tax Collector** | | **attached bank proceeds of $6,356.04 in January, 2011** |

## 5.  Repossessions, foreclosures and returns

None ☐ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Robert McCully foreclosure proceeding** | **04/03/2012** | **12 SP 4, Polk County** |
| **Stratford Realty Capital foreclosure proceeding** | **03/29/2012** | **11 SP 128, Polk County** |

## 6.  Assignments and receiverships

None ☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND ADDRESS OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

## 7.  Gifts

None ☑ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

## 8.  Losses

None ☑ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

## 9.  Payments related to debt counseling or bankruptcy

None ☑ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

## 10.  Other transfers

None ☑ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ☑   b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR INTEREST IN PROPERTY |
| --- | --- | --- |

## 11. Closed financial accounts

None ☑   List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

## 12. Safe deposit boxes

None ☑   List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITOR | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

## 13. Setoffs

None ☑   List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

## 14. Property held for another person

None ☑   List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

## 15. Prior address of debtor

None ☑   If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

## 16. Spouses and Former Spouses

None
☑

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor 's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

## 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None
☐

a.    List  the name  and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

| SITE NAME AND ADDRESS | NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|
| **White Oak Development** | **N.C. Dept. of Environment and Natural Resources; $40,000.00 fine imposed re equestrian pastures and areas along creek bed - Resolved** | | |

None
☑

b.    List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
☑

c.    List all  judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

## 18. Nature, location and name of business

None ☑  a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership,* list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the business, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the  commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|

None ☑  b.      Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|------|---------|

## 19.  Books, records and financial statements

None ❑  a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------|------|
| **Greer and Walker Charlotte, N.C.** | |
| **Joe Larkin New York** | **corporate tax returns for 2008 & 2009** |
| **Joy Booth Columbus, N.C.** | |
| **Mark Woodbridge Columbus, N.C.** | **accounts manager** |

None ☑  b. List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|------|------|

None ❑  c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|---------|
| **Mark Woodbridge** | **Columbus, N.C.** |

None ☑  d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|------|------|

## 20. Inventories

None
☑

a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None
☑

b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

## 21. Current Partners, Officers, Directors and Shareholders

None
☑

a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None
❑

b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| Austin McHale | member/manager | 25% ownership |
| Eugene Kinsella | member/manager | 25% ownership |
| Leonard Kinsella | member/manager | 50% ownership |

## 22. Former partners, officers, directors and shareholders

None
☑

a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
☑

b. If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

## 23. Withdrawals from a partnership or distributions by a corporation

None
☑

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

10

### 24. Tax Consolidation Group.

None ☑

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME  OF PARENT CORPORATION                    TAXPAYER IDENTIFICATION NUMBER (EIN)

### 25. Pension Funds.

None ☑

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME  OF PENSION FUND                          TAXPAYER IDENTIFICATION NUMBER (EIN)

* * * * * *

*[If completed on behalf of a partnership or corporation]*

I, declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date   **4/27/2012**                   Signature   **s/ Eugene Kinsella**

                                                    **Eugene Kinsella, Member/Manager**
                                                    Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

_____ continuation sheets attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 and 3571.*

# United States Bankruptcy Court
# Western District of North Carolina

In re   **White Oak Development Partners, LLC**                    Case No.

Debtor.                                                            Chapter   **11**

## STATEMENT OF CORPORATE OWNERSHIP

Comes now **White Oak Development Partners, LLC** (the "Debtor") and pursuant to Fed. R. Bankr. P. 1007(a) and 7007.1 state as follows:

_____   All corporations that directly or indirectly own 10% or more of any class of the corporation's equity interests are listed below:

**Owner**                                              **% of Shares Owned**

**None**

OR,

___**X**___   There are no entities to report.

By: **s/ David G. Gray**_____

**David G. Gray**
Signature of Attorney

Counsel for   **White Oak Development Partners, LLC**

Bar no.:   **1733**

Address.:   **David G. Gray**
**81 Central Avenue**
**Asheville, NC 28801**

Telephone No.:   **(828) 254-6315**
Fax No.:   **(828) 255-0305**
E-mail address:

B 203
(12/94)

## UNITED STATES BANKRUPTCY COURT
### Western District of North Carolina

In re:      **White Oak Development Partners, LLC**                              Case No. _____

Chapter      **11** _____

Debtor

# DISCLOSURE OF COMPENSATION OF ATTORNEY
# FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s)
   and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be
   paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in
   connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept                                    $        **15,000.00**

   Prior to the filing of this statement I have received                          $        **15,000.00**

   Balance Due                                                                    $             **0.00**

2. The source of compensation paid to me was:

   ☐  Debtor              ☑  Other (specify)

3. The source of compensation to be paid to me is:

   ☑  Debtor              ☐  Other (specify)

4. ☑   I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates
       of my law firm.

   ☐   I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of
       my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is
       attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case,
   including:

   a)   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file
        a petition in bankruptcy;

   b)   Preparation and filing of any petition, schedules, statement of affairs, and plan which may be required;

   c)   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

   d)   [Other provisions as needed]

        **Services rendered at hourly rate of $500.00, due and payable as applied for and allowed by the Court.**

6. By agreement with the debtor(s) the above disclosed fee does not include the following services:

        **Services in adversary proceedings for which a separate contract and fee agreement will be required.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for
representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **4/27/2012**

                               **s/ David G. Gray**
                               **David G. Gray, Bar No.  1733**

                               **David G. Gray**
                               Attorney for Debtor(s)

White Oak Development Pa
2659 Sandy Plains Road
Tryon, NC 28782

Carolina Trailer
PO Box 581
Landrum, SC 29356

Don & Priscilla Neault
10070 Lees Mill Road
Warrenton, VA 20186-8420

David G. Gray
David G. Gray
81 Central Avenue
Asheville, NC 28801

Carolina Turf Products
5310 Fitzhugh Trail
Summerfield, NC 27358

Eugene Kinsella
2221 5th Ave., Ste. 13
Ronkonkoma, NY 11779

All Seasons Heating & A/
PO Box 1030
Columbus NC 28722

Chuck & Bonnie Lingerfel
4265 Collinsville Rd.
Columbus, NC 28722

E-Z-GO
Attn: Patricia Allen
1451 Griffin Rd.
Augusta, GA 30906

Alltel
PO Box 96019
Charlotte, NC 28296-0019

Classic Event Rental-
American Party
537 Mazel Mill Rd. #A
Asheville, NC 28803

Feagan Law Firm, PLLC
PO Box 309
Columbus, NC 28722

American Dry Goods
PO Box 790051
St. Louis, MO 63179-0051

Clear Water Environmenta
718 Oakland Street
Hendersonville, NC 28791

Fintan Kinsella
454 Meadowcrest Rd.
Tryon, NC 28782

Ameri-Con Materials, Inc
5875 Coxe Road
Rutherfordton, NC 28139

Columbus Auto-CarQuest
PO Box 208
Columbus, NC 28722

Focus 3
Suite 200
201 Shannon Oaks Circle
Cary, NC 27511

Austin McHale
Unit H2
Merrywell Business Park
Ballymount RDDublin 12
Ireland

Columbus Hardware & Supp
PO Box 325
Columbus, NC 28722

Foothills Mountain BBQ
72 Harmon Field Road
Tryon, NC 28782

Austin McHale
Unit H2
Merrywell Business Park
Ballymount RD Dublin 12
Ireland

Corbin Turf & Ornamental
1105 Old Buncombe Rd.
Greenville, SC 29617

GDS - Forest City
PO Box 9001099
Louisville, KY 40290

Bank of America
PO Box 60073
City of Ind., CA 91716

Crop Production Services
PO Box 228
Dana, NC 28724

Golf Agronomics
2165 17th Street
Sarasota, FL 32434

Brian & Laura Monti
44 Northington Dr.
Avon, CT 06001

Deere Credit, Inc.
6400 NW 86th Street
Johnston, IA 50131

Green Creek Hounds
1795 Sandy Plains Rd.
Tryon, NC 28782

Carolina Modular
110 Woodranch Lane
Moore, SC 29369

Dolmen Construction
1195 NE 5th Avenue
Boca Raton, FL 33432

Group 1201
Suite 1000
1801 Parkway Place
Marietta, GA 30068

Harcourt Architects
No. 1 Harcourt Terrace
Dublin 2, Ireland

Kenneth P. Heaghin
2746 Jackson Grove Rd.
Columbus, NC 28722

Robert L. Brown, Atty.
PO Box 100261
Columbia, SC 29202-3261


Harrington Golf Ltd.
c/oEst-Oest 24 Boulivard
Princesse Charlotte
Management Company 9800
Monaco

Kinsella Construction, L
2659 Sandy Plains Rd.
Tryon, NC 28782

Travis Greene, Atty.
104 N. Dan. Morgan Ave.
Spartanburg, SC 29306


Hutchins Pest Control
2727 Rock Road
Rutherford, NC 28139

Landmark Golf Course Pro
W184 S 8425 Challenger
Muskego, WI 53150

Nexsen Pruett
Accounting Dept.
PO Box 2426
Columbia, SC 29202


I.R.S. Insolvency East
Terr. 2, Grp. 7
Insol. Mail Stop 9
4905 Koger Blvd. #102
Greensboro, NC 27407

Leonard Kinsella
c/o Rannoch
Bettystown County Meath
Republic of Ireland

North Carolina Dept. of
Bankruptcy Unit - Collec
PO Box 1168
Raleigh NC 27602


Imaging Technologies
PO Box 13426
Atlanta, GA 30324

Mark Woodbridge
1894 Fox Mtn. Rd.
Columbus, NC 28722

Odom & Associates, Inc.
152 East Main Street
Forest City, NC 28043


Internal Revenue Service
PO Box 21126
Philadelphia PA 19114

MARKIT, LLC
236 Churchview Dr.
Lawndale, NC 28090

Parker Poe, Attorneys
Suite 3000
Three Wachovia Center
401 S. Tryon Street
Charlotte, NC 28202-1935


ITT Flowtronex
PO Box 371630
Pittsburgh, PA 15250

Marvin Hoyle Constructio
236 Churchview Dr.
Lawndale, NC 28090

Patrick Kinsella
1195 NE 5th Ave
Boca Raton, FL 33432


James & James Ev. Mgt.,
PO Box 519
Mtn. Home, NC 28758

McRitchie Associates, LL
PO Box 783
Elkin, NC 28621

Phil & Sheila Bradner
513 Greystone Lane
Chesapeake, VA 23320


John Deere Credit
Attn: Acct Dept-ALP Proc
PO Box 6600
Johnston, IA 50131

Modern Turf, Inc.
PO Box 99
Rembert, SC 29128

Polk County
P. O. Box 308
Columbus, NC 28722


John Deere Landscapes/Le
24110 Network Place
Chicago, IL 60673-1241

John Hovendon, Atty.
455 South Trade St.
Tryon, NC 28782

Professional Printers -
Triad Enterprises, Inc.
PO Box 5287
West Columbia, SC 29171


Justin White
2370 Chesnee Rd.
Columbus, NC 28722

Mike Eagan, Atty.
318 N. Whitted St.
Hendersonville, NC 28739

Quality Stone
PO Box 2536
Marion, NC 28752

SkyRunner, Inc.
6 Ravenscroft Dr.
Asheville, NC 28801

Windstream (Meadowcrest)
PO Box 9001908
Louisville, KY 40290

Steven & Heather Abshier
2501 Beachwood Road
Amelia Island, FL 32024

Windstream/WOP 863-2748
PO Box 9001908
Louisville, KY 40290

Streamwerx Digital Studi
ClearHeart Entertainment
Suite B # 225
8116 S. Tryon Street
Charlotte, NC 28273

Wm. J. Allen, Atty.
Ste. 205
2435 Plantation Ctr. Dr.
Matthews, NC 28105

Taylor Christianson
640 Meadow Crest Rd.
Tryon, NC 28782

TCF Equipment Finance, I
Suite 801
11100 Wayzata Blvd.
Minnetonka, MN 55305

The Club at White Oak
2659 Sandy Plains Road
Tryon, NC 28782

The Real Estate Home Gui
4279 Appleton Way
Wilmington, NC 28412

Triple A Sanitation
PO Box 219
Mill Spring, NC 28756

Wellington Hamrick
PO Box 755
Boil. Springs, NC 28017

Windstream (7774) Sales
WOPR
PO Box 105521
Atlanta, GA 30348

Windstream (8777) Constr
PO Box 9001908
Louisville, KY 40290

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF NORTH CAROLINA

In re:    **White Oak Development Partners, LLC**                     Case No. _____

                                      **Debtor**                      Chapter  **11**_____

# VERIFICATION OF CREDITOR MATRIX

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors,  consisting of **3** sheet(s) is complete, correct and consistent with the debtor's schedules pursuant to Local Bankruptcy Rules and I/we assume all responsibility for errors and omissions.


Dated:    **4/27/2012**_____          Signed: **s/ Eugene Kinsella**_____
                                                          **Eugene Kinsella**


Signed:    **s/ David G. Gray**_____
           **David G. Gray**
           Attorney for Debtor(s)
           Bar no.:        **1733**
           **David G. Gray**
           **81 Central Avenue**
           **Asheville, NC 28801**
           Telephone No.:    **(828) 254-6315**
           Fax No.:          **(828) 255-0305**
            E-mail address: